JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Dharanipriya Beeneedi, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Ur M.Jaddou, Director, USCIS, et al., <br><br> Defendants. | Case No.:  8:22-cv-00805-SPG-KES <br><br> **ORDER GRANTING STIPULATION TO DISMISS CASE** |

      Pursuant to stipulation, IT IS ORDERED that this action is dismissed without prejudice.

DATED:  August 17, 2022

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

1